IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00709-LTB

WILLIAM [LEE LORNES THE III], named as
WILLIAM, also known as
WILLIAM LEE LORNES,

    Plaintiff, named as Applicant,

v.

WILLISON,
SAEG DORDEE,
RAISS,
COOK, and
BRAY,

    Defendants, named as Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 24, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 24 day of April, 2013.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/ S. Grimm
                        Deputy Clerk